APOLLO PLAZA LTD., Appellant
(Garnishee–Defendant–
Below),

v.

ANTIETAM CORP. and Teresa Penny,
Appellees (Plaintiffs Below), et al.

No. 02S03–0203–CV–192.

Supreme Court of Indiana.

March 22, 2002.

### ORDER

The Court of Appeals decided this appeal by opinion on July 12, 2001. *Apollo Plaza Ltd. v. Antietam Corp., et al.*, 751 N.E.2d 336 (Ind.Ct.App.2001). The Appellant, Apollo Plaza Ltd., filed a petition to transfer on August 9, 2001. On March 15, 2002, Apollo and the Appellees, Antietam Corp. and Teresa Penny, filed their "Joint Motion for Dismissal of Petition to Transfer."

The Court hereby **GRANTS** transfer, thus vacating the Court of Appeals' opinion. See Ind. Appellate Rule 58(A). Having accepted jurisdiction, the Court now **DISMISSES** the appeal as moot.

All Justices concur.